UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                    FILED
                                IN CLERKS OFFICE
                                    CIVIL ACTION
                                    NO. 08-10005-MLW
                                2014 MAY -5  P 2:32

JEFFREY BLY,           )        U.S. DISTRICT COURT
     Petitioner,       )        DISTRICT OF MASS.
                       )
                       )
     v.                )
                       )
                       )
PETER StAMAND,         )
     Respondent.       )
```

NOTICE OF APPEAL

Notice is hereby given that Jeffrey Bly, petitioner appeals to the United States Court of Appeals for the First Circuit, the April 1, 2014, District Court's denial of petitioner's 28 U.S.C. §2254 Petition for a Writ of Habeas Corpus, by Wolf, J.

                                    Respectfully submitted by
                                      Petitioner, pro se.

                                    Jeffrey Bly
                                    Jeffrey Bly
                                    SBCC / Shirley Max
                                    PO Box 8000
                                    Shirley, MA 01464-8000

Dated: April 24, 2014