# United States Court of Appeals
## For the First Circuit

No. 14-1490

JEFFREY BLY

Petitioner - Appellant

v.

OSVALDO VIDAL, Superintendent

Respondent - Appellee

**MANDATE**

Entered: July 25, 2016

    In accordance with the judgment of June 30, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


                              By the Court:

                              /s/ Margaret Carter, Clerk


cc:
Jeffrey Bly
Natalie S. Monroe
Randall E. Ravitz
Susanne G. Reardon